UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERRAFORM LABS PTE LTD. and DO KWON,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>*Defendant.* | Case No. _____ |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Terraform Labs PTE Ltd, declares and certifies that it has no parent corporation and no publicly traded corporation currently owns 10% or more of its stock.

Dated:   October 22, 2021            Respectfully Submitted,

By: /s/ Douglas W. Henkin

Douglas W. Henkin
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Tel: (212) 768-6700
Fax: (212) 768-6800
douglas.henkin@dentons.com

Stephen J. Senderowitz
DENTONS US LLP
233 S. Wacker Drive
Chicago, Illinois 60606
Tel: (312) 876-8141
Fax: (312) 876-7934
stephen.senderowitz@dentons.com

*Attorneys for Plaintiffs Terraform Labs PTE Ltd. and Do Kwon*