UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

Attorney: Dentons US LLP
Address: 1221 Avenue of the Americas New York, NY 10020-1089

Job #: 1455166

TERRAFORM LABS PTE LTD. and DO KWON,

*Plaintiff*

vs

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

*Defendant*

Case Number: 1:21-cv-08701-JPO
Client's File No.: 15808004-000002

Date Filed: 10/22/2021

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**Baldeo C. Drepaul**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **10/27/2021**, at **1:58 PM** at: **86 CHAMBERS STREET, 3RD FLOOR, NEW YORK, NY 10007** Deponent served the within **Summons in a Civil Action with Complaint, Civil Cover Sheet, Rule 7.1 Corporate Disclosure Statement, Judge Oetken's Individual Rules and Practices in Civil Cases and Notice, Consent, and Reference of a Civil Action to a Magistrate Judge.**

On: **UNITED STATES SECURITIES AND EXCHANGE COMMISSION c/o DAMIAN WILLIAMS, U.S. ATTORNEY**, therein named.

Said documents were conformed with index number and date of filing endorsed thereon.

☒ **#1 Corporation or Partnership or Trust or LLC or Agency or P.C. or Banking Institution or Insurance Company/ Agency**
By delivering thereat a true copy of each to Derick Mayers personally. Deponent knew said entity to be the corporation/partnership /trust /LLC/ agency/ P.C. /banking institution / insurance company/ agency described in said aforementioned document as said defendant and knew said individual to be Civil Clerk thereof, authorized to accept on behalf.

☒ **#2 DESCRIPTION**
Sex: Male         Color of skin: Black         Color of hair: Bald    Glasses: No
Age: 36-50        Height: 5ft 9inch - 6ft 0inch                       Weight: Over 200 Lbs.

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of $.

☒ **#4 OTHER**
As Civil Clerk, stated he is authorized to accept on behalf of the Subject.

Sworn to before me on 10/27/2021

LATCHME DEVI DREPAUL
Notary Public, State of New York
Registration No. 01DR6332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/26/2023

Baldeo C. Drepaul
DCA License# 2093579