| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE<br>SOUTHERN DISTRICT OF NEW YORK | Job #: 1455253 |

Attorney: Dentons US LLP
Address: 1221 Avenue of the Americas  New York, NY  10020-1089

| | | |
|---|---|---|
| TERRAFORM LABS PTE LTD. and DO KWON,<br><br>vs<br><br>UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Defendant | Plaintiff | Case Number: 1:21-cv-08701-JPO<br>Client's File No.: 15808004-000002<br>Court Date:<br><br>Date Filed: 10/22/2021 |

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

# AFFIDAVIT OF MAILING

**MAILING**
**Sharlene Ramlakhan** being duly sworn, deposes and says:  that deponent completed service by depositing a copy of the **Summons in a Civil Action with Complaint, Civil Cover Sheet, Rule 7.1 Corporate Disclosure Statement, Judge Oetken's Individual Rules and Practices in Civil Cases and Notice, Consent, and Reference of a Civil Action to a Magistrate Judge.**  in a postpaid properly addressed envelope, Bearing the words "Personal and Confidential" via   mail requested on:  **10/29/2021** in an official depository of the United States Postal Service in the State of New York. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**To:** UNITED STATES SECURITIES AND EXCHANGE COMMISSION c/o MERRICK GARLAND, ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE

**950 PENNSYLVANIA AVENUE, NW, WASHINGTON, DC 20530 :**

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on 10/29/2021

Adriana Bartolotta
Notary Public, State of New York
Registration No. 01BA6377720
Qualified in Nassau County
Commission Expires 07/16/2022

Sharlene Ramlakhan
DCA License#

*Court Support, Inc., 181 Hillside Avenue, Williston Park, NY 11596 License #1382542*