## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERRAFORM LABS PTE LTD. and DO KWON,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　Defendant. | Civil Action No. 1:21-cv-08701<br><br>Hon. J. Paul Oetken<br>Hon. Barbara C. Moses |

## **MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Stephen J. Senderowitz hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs Terraform Labs PTE Ltd. and Do Kwon in the above-captioned action.

I am a member in good standing of the Bar of the State of Illinois, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  November 2, 2021　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Stephen J. Senderowitz*
　　　　　　　　　　　　　　　　　　　　Stephen J. Senderowitz
　　　　　　　　　　　　　　　　　　　　DENTONS US LLP
　　　　　　　　　　　　　　　　　　　　233 S. Wacker Drive
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　　Tel: (312) 876-8141
　　　　　　　　　　　　　　　　　　　　Fax: (312) 876-7934
　　　　　　　　　　　　　　　　　　　　stephen.senderowitz@dentons.com