UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERRAFORM LABS PTE LTD. and DO KWON,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　Defendant. | Civil Action No. 1:21-cv-08701<br><br>Hon. J. Paul Oetken<br>Hon. Barbara C. Moses |

### AFFIDAVIT OF STEPHEN J. SENDEROWITZ
### IN SUPPORT OF MOTION TO ADMIT PRO HAC VICE

Stephen J. Senderowitz, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Dentons US LLP.

2. I submit this affidavit in support of my motion for admission to practice Pro Hac Vice in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Illinois.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

7. Wherefore, I respectfully submit that I be permitted to appear as counsel and advocate Pro Hac Vice in this case for Plaintiffs Terraform Labs PTE Ltd. and Do Kwon.

*I verify that the statements made in this affidavit are true and correct.*

Dated: November 2, 2021

_____
Affiant - Stephen J. Senderowitz

Subscribed and sworn to before me on this _____ day of _____, 2021.

_____
Notary Public, State of Illinois

*I verify that the statements made in this affidavit are true and correct.*

Dated: November 2, 2021

_____
Affiant - Stephen J. Senderowitz

Subscribed and sworn to before me on this 2nd day of
NOVEMBER 2021.

_____
Notary Public, State of Illinois

EUGENE MICHAEL GIUDICE
Official Seal
Notary Public - State of Illinois
My Commission Expires May 17, 2022

via remote notarization authorized by
Governor Pritzker's Executive Order Number
12 In Response to COVID-19 dated March 26
2020

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Stephen Jay Senderowitz

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 04/23/1974 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 25th day of October, 2021.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois