UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRAFORM LABS PTE LTD. and DO KWON,

           Plaintiffs,         Civil Action No. 1:21-cv-08701

v.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,        Hon. J. Paul Oetken
                                                                      Hon. Barbara C. Moses

           Defendant.

## ORDER FOR ADMISSION PRO HAC VICE OF STEPHEN J. SENDEROWITZ

The motion of Stephen J. Senderowitz, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of the State of Illinois; and that his contact information is as follows:

Stephen J. Senderowitz
DENTONS US LLP
233 S. Wacker Drive
Chicago, Illinois 60606
Tel: (312) 876-8141
Fax: (312) 876-7934
stephen.senderowitz@dentons.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs Terraform Labs PTE Ltd. and Do Kwon in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                                                             J. Paul Oetken, United States District Judge
                                                                             Barbara C. Moses U.S. Magistrate Judge