UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERRAFORM LABS PTE, LTD. and DO KWON,<br><br>                              Plaintiffs,<br>            v.<br><br>UNITED STATES SECURUTIES AND EXCHANGE COMMSSION,<br><br>                              Defendant. | No. 1:21-cv-08701-JPO |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Kevin Solonsky hereby moves this Court for an order for admission to practice *pro hac vice* to appear as counsel for the United States Securities and Exchange Commission in the above-captioned action.

I am a member in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

I have attached the affidavit pursuant to Local Rule 1.3, along with a certificate of good standing from the District of Columbia Court of Appeals.

1

Dated: November 19, 2021 Respectfully submitted,

/s/ Kevin Solonsky
KEVIN SOLONSKY
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
Tel: (202) 551-5014
Email: solonskykd@sec.gov

## CERTIFICATE OF SERVICE

I certify that on November 19, 2021, I caused a copy of the foregoing Motion for Admission *Pro Hac Vice* to be served by ECF on all parties who have made an ECF appearance.

/s/ Kevin Solonsky
KEVIN SOLONSKY