**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TERRAFORM LABS PTE, LTD. AND
DO KWON,

                              Plaintiffs,

              v.                                        No. 1:21-cv-08701-JPO

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                              Defendant.

### AFFIDAVIT OF KEVIN SOLONSKY

I, Kevin Solonsky, declare as follows:

1.      I am in good standing of the bar of the District of Columbia, and there are no

pending disciplinary proceedings against me in any state or federal court.

2.      I have never been convicted of a felony.

3.      I have never been censured, suspended, disbarred, or denied admission or

readmission by any court.

4.      I do not have any disciplinary proceedings presently pending against me.

/
/
/
/
/
[*space intentionally left blank*]
/
/
/

1

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. 1746, that the foregoing is true and correct to the best of my knowledge, information, and belief.

_Kevin Solonsky_
Kevin Solonsky

Dated:  November 19, 2021

_Cambria Long_   11/19/2021

CAMBRIA LONG
Notary Public - State of Maryland
Montgomery County
My Commission Expires Nov 1, 2023