Tracey Sasser, Associate General Counsel (not admitted in the State of New York)
Samuel M. Forstein, Assistant General Counsel (not admitted in the State of New York)
Kevin D. Solonsky, Senior Counsel (admitted pro hac vice)
Securities and Exchange Commission
Office of the General Counsel
100 F Street NE
Washington, DC 20549
Tel.: 202-551-5014 (Solonsky)
Fax: 202-772-9263
Solonskykd@sec.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERRAFORM LABS PTE LTD., DO KWON, <br><br> Plaintiffs, <br><br> v. <br><br> SECURITIES AND EXCHANGE COMMISSION, <br><br> Defendant. | Hon. J. Paul Oetken <br><br> 1:21-cv-08701-JPO |

**SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF
MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Securities and Exchange Commission ("SEC"), hereby moves this Court for an order dismissing the complaint for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

Date:   December 27, 2021                          /s/ Kevin Solonsky
                                                                    Kevin Solonsky
                                                                    Senior Counsel

1