大成 DENTONS

**Douglas W. Henkin**

douglas.henkin@dentons.com
D  +1 212-768-6832

Dentons US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
United States

dentons.com

January 6, 2022

**VIA ECF**

Hon. J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Terraform Labs PTE, Ltd. and DO KWON, v. United States Securities and Exchange Commission,* Case No: 1:21-cv-08701

Dear Judge Oetken:

Pursuant to Section 3(D)(ii) of Your Honor's Individual Rules and Practices in Civil Cases, Plaintiffs Terraform Labs PTE Ltd. and Do Kwon respectfully notify the Court, and Defendant U.S. Securities and Exchange Commission ("SEC"), that they do not intend to file an amended complaint in response to the SEC's motion to dismiss and will file their opposition to the SEC's motion to dismiss on or before January 10, 2022.

Respectfully submitted,

Dentons US LLP

*/s/ Douglas W. Henkin*

Douglas W. Henkin

cc: All counsel of record by ECF

DWH:bh

Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms