UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRAFORM LABS PTE LTD., *et al.*,
                      Plaintiffs,

-v-

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,
                      Defendant.

21-CV-8701 (JPO)

ORDER TO SHOW CAUSE

J. PAUL OETKEN, District Judge:

    Plaintiffs filed this action on October 22, 2021.  (*See* Dkt. No. 1 ("Compl.").)  The action "challeng[es] two subpoenas improperly issued and served by the SEC and the SEC's failure to keep confidential an investigation into the 'Mirror Protocol[.]'" (Compl. ¶ 1.)  This Court granted the United States Securities and Exchange Commission's ("SEC") application for an order requiring compliance with the investigative subpoenas (*see* 21-MC-810, Dkt. No. 28,) and the Second Circuit affirmed that decision in *United States Sec. & Exch. Comm'n v. Terraform Labs Pte Ltd.*, No. 22-368, 2022 WL 2066414 (2d Cir. June 8, 2022).

    Plaintiffs are ordered to show cause why this action should not be dismissed in light of that decision.  Plaintiffs shall submit a letter on or before August 25, 2022.

    SO ORDERED.

Dated: August 18, 2022
       New York, New York

                                                        _____
                                                            J. PAUL OETKEN
                                                        United States District Judge