UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERRAFORM LABS PTE LTD. and DO KWON,<br><br>     *Plaintiffs,*<br><br> v.<br><br>UNITED STATES SECURITIES AND<br>EXCHANGE COMMISSION,<br><br>     *Defendant.* | Hon J. Paul Oetken<br><br>Case No. 1:21-cv-08701-JPO |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Terraform Labs Pte Ltd. and Do Kwon ("Plaintiffs"), by and through their undersigned counsel, hereby dismiss without prejudice all claims and causes of action asserted in the above-captioned action against Defendant United States Securities and Exchange Commission, with Plaintiffs and Defendant to bear their own costs, expenses, and attorneys' fees.

Respectfully submitted,

By: */s/ Douglas W. Henkin*

| | |
|---|---|
| Douglas Henkin | Stephen J. Senderowitz |
| DENTONS US LLP | DENTONS US LLP |
| 1221 Avenue of the Americas | 233 S. Wacker Drive |
| New York, New York 10020-1089 | Chicago, Illinois 60606 |
| Tel: (212) 768-6700 | Tel: (312) 876-8141 |
| douglas.henkin@dentons.com | stephen.senderowitz@dentons.com |

*Attorneys for Plaintiffs Terraform Labs PTE Ltd. and Do Kwon*